STATE OF CONNECTICUT *v.* KENNARD WADEN

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 147 (AC 23292), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration or decision of this petition.

*Melanie C. Frank,* assistant public defender, and *Suzanne Zitser,* senior assistant public defender, in support of the petition.

*Russell C. Zentner,* senior assistant state's attorney, in opposition.

Decided September 15, 2004

STATE OF CONNECTICUT *v.* MICHAEL SIVAK

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 84 Conn. App. 105 (AC 23353), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Mitchell S. Brody,* senior assistant state's attorney, in support of the petition.

*John R. Gulash, Jr.,* in opposition.

Decided September 15, 2004

STATE OF CONNECTICUT *v.* JOYCE
BENNETT-GIBSON

The defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 48 (AC 23619), is denied.

*Jon L. Schoenhorn,* in support of the petition.